UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____1st_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Aracely Alfonso  JOINT DEBTOR:_____  CASE NO: 16-12553-RAM
Last Four Digits of SS# 7958  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 260.00 for months 1 to 36; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00 + $625.00 (mtn to value and strip 2nd mtg) = $ 4,125.00
TOTAL PAID $ 1,400.00
Balance Due $ 2,725.00 payable $ 209.62 /month (Months 1 to 13).

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. NONE

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Fay Servicing | 1507 SW 2nd Ct., Homestead, FL 33030. $64,706.30 | 0 % | $0.00 | 1 to 36 | $0.00 |
| Caballero Rivero Dade South | Cemetery Lot $3,253.00 | 2.9 % | $24.38 $134.07 | 1 to 13 14 to 36 | $3,400.48 |

Priority Creditors: [as defined in 11 U.S.C. §507]: NONE

Unsecured Creditors: Pay $ 99.93 /month (Months 14 to 36)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
1. The property taxes and property are escrowed.
2. The Debtor (s) shall make all contractual payments for 1507 SW 2nd Ct., Homestead, FL 33030 to Nationstar Mortgage, LLC outside the Chapter 13 Plan.
3. The Debtor (s) shall make all contractual payments for the 2010 Honda CRV to Santander Consumer, USA outside the Chapter 13 Plan outside the Chapter 13 Plan.
4. Fay Servicing, Debtor (s) 2nd mortgage is being stripped off through the Chapter 13 Plan.
5. The Debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) with the 521 (f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3 % over the previous year's income.
6. The Debtor (s) shall make all contractual payments for the Kirby Vacuum to United Consumer Financial Services outside the Chapter 13 Plan outside the Chapter 13 Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor _[signature]_
Date: 03/28/2016

Joint Debtor _____
Date: _____